| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) FUNK, JERRY A. | 2. Court or Organization BANKRUPTCY COURT | 3. Date of Report 08/24/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address 300 NORTH HOGAN ST #4-104 JACKSONVILLE, FLORIDA 32202 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 01/28/16-1/29/16 | Orlando, FL | Bankruptcy UCC Meeting | Transportation, Meals, Lodging |
| 2. | The Jacksonville Bankruptcy Bar | 8/25/16-8/26/16 | Jacksonville, FL | Bankruptcy Seminar | Lodging |
| 3. | The Florida Bar | 9/01/16-09/04/16 | Naples, FL | Bankruptcy UCC Meeting | Transportation, Meals, Lodging |
| 4. | National Conference of Bankruptcy Judges | 10/26/16-10/29/16 | San Francisco, CA | Bankruptcy Judges Conference | Lodging |
| 5. | The Florida Bar | 11/02/16-11/03/16 | Tampa, FL | Bankruptcy Seminar | Transportation, Meals, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **FUNK, JERRY A.** | 08/24/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alltel Corp. (common) | A | Dividend | J | T | Sold (part) | 07/28/16 | K | A | |
| 2. Am South Bank of FLA IRA | A | Interest | J | T | | | | | |
| 3. AQR Managed Futures STR-I | A | Dividend | K | T | Sold (part) | 03/07/16 | K | B | |
| 4. Artisan Intl FD # 662 | B | Dividend | M | T | | | | | |
| 5. ASG Global Alternatives-Y #1993 | | None | L | T | Buy (add'l) | 03/07/16 | K | | |
| 6. AT&T Inc. | A | Dividend | J | T | Sold (part) | 03/11/16 | J | A | |
| 7. AT & T Inc. | A | Dividend | J | T | Sold (part) | 11/18/16 | J | A | |
| 8. Atlanta, GA WTR & WSTEWTR X | A | Interest | J | T | | | | | |
| 9. Barclays Bank PLC IPath Bloomberg Co | | None | | | Sold | 02/09/16 | K | A | |
| 10. BlackRock GL L/S Credit-Ins #1833 | | None | L | T | Buy | 03/07/16 | L | | |
| 11. Berkshire Hathaway Inc. Class B | | None | K | T | | | | | |
| 12. Boston Partners Long/Short Research Fund | | None | K | T | Sold (part) | 03/07/16 | L | A | |
| 13. Calvert Capital Accum-I #764 | | None | | | Sold | 08/23/16 | L | A | |
| 14. Chevron Texaco Corp | A | Dividend | K | T | | | | | |
| 15. Coca Cola (common) | D | Dividend | O | T | | | | | |
| 16. Credit Suisse Comm Ret St-I #2156 | | None | L | T | Buy | 02/16/16 | K | | |
| 17. Credit Suisse Comm Ret St-I #2156 | | None | L | T | Buy (add'l) | 03/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dodge & Cox Int'l STK Fund # 1048 | C | Dividend | M | T | Buy (add'l) | 03/07/16 | J | | |
| 19. Dodge & Cox Int'l STK Fund # 1048 | B | Distribution | M | T | | | | | |
| 20. Downtown Savannah ATH GA X | A | Interest | J | T | | | | | |
| 21. Dreyfus/Standish in T/E Bond #6933 | B | Dividend | L | T | | | | | |
| 22. Dreyfus/Standish in T/E Bond #6933 | A | Distribution | L | T | | | | | |
| 23. Driehaus Active Income Fund | | None | | | Sold | 03/07/16 | K | A | |
| 24. Duke Energy Corp New | A | Dividend | J | T | | | | | |
| 25. Eaton Vance Global Macro-I #0088 | A | Dividend | K | T | Buy | 03/07/16 | K | | |
| 26. Energy Sel Sect SPDR FD | A | Dividend | J | T | Buy | 01/22/16 | J | | |
| 27. Evergreen Core Equity Com STK FD | A | Interest | K | T | | | | | |
| 28. Evergreen Enhanced S&P 500 FD CL | A | Dividend | K | T | | | | | |
| 29. Evergreen Enhanced S&P FD CL 1 | A | Interest | J | T | | | | | |
| 30. Evergreen Equity TR SPL Values FD | A | Interest | J | T | | | | | |
| 31. Evergreen FDS Emerging MKTS Growth | A | Interest | J | T | | | | | |
| 32. Evergreen FDS FLA MUN BD PORT | A | Interest | J | T | | | | | |
| 33. Evergreen International Bond FD CL 1 | A | Dividend | J | T | | | | | |
| 34. Evergreen Large Cap Eq Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Evergreen Large Cap Equity FD Class I | A | Interest | J | T | | | | | |
| 36. Evergreen Select Equity | A | Interest | J | T | | | | | |
| 37. Fidelity Advisors Emerging Markets Income Fund | D | Dividend | M | T | Sold (part) | 03/07/16 | J | A | |
| 38. Fidelity Advisors Emerging Markets Income Fund | A | Distribution | M | T | | | | | |
| 39. First TR Exchange Traded FD VI | A | Dividend | J | T | | | | | |
| 40. FT Unit 726 DIV INC TR SER 3 | A | Dividend | J | T | | | | | |
| 41. General Electric Co | A | Dividend | J | T | Sold (part) | 11/18/16 | J | B | |
| 42. Golden Small Cap Core Fund | A | Dividend | J | T | Buy (add'l) | 03/07/16 | K | | |
| 43. Golden Small Cap Core Fund | | | | | | 05/23/16 | M | | |
| 44. Goldman Sachs L/C Value-I #1216 | C | Dividend | M | T | | | | | |
| 45. Guggenheim S & P 500 EQU Weight | A | Dividend | K | T | | | | | |
| 46. Harbor Capital Aprction-Inst # 2012 | A | Dividend | M | T | Buy (add'l) | 03/07/16 | K | | |
| 47. Harbor Capital Aprction-Inst # 2012 | D | Distribution | M | T | | | | | |
| 48. Hartford Midcap Fund-Y #229 | B | Distribution | L | T | Buy | 08/23/16 | L | | |
| 49. Hilliard Lyons Gov't Fund Inc. | A | Interest | J | T | | | | | |
| 50. Interlocal KY SCH DIST BD | A | Interest | K | T | | | | | |
| 51. IShares Core MSCI Emerging | A | Dividend | K | T | Buy (add'l) | 08/01/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares Core U.S. Aggregate | A | Dividend | K | T | Buy (add'l) | 03/29/16 | K | | |
| 53. IShares Core U.S. Aggregate | A | Dividend | K | T | Buy (add'l) | 08/01/16 | K | | |
| 54. ISHARES DW JNS USRL EST | A | Dividend | J | T | | | | | |
| 55. ISHARES MSCI EAFE ETF | | None | | | Sold | 01/22/16 | K | A | |
| 56. ISHARES MSCI EAFE Index | | None | | | Sold | 01/22/16 | K | A | |
| 57. ISHARES MSCI EAFE Fund | | None | | | Sold | 01/22/16 | K | A | |
| 58. ISHARES Russell Mid-Cap ETF | B | Dividend | L | T | | | | | |
| 59. ISHARES S&P Mid-Cap 400 G | A | Dividend | K | T | | | | | |
| 60. ISHARES S&P 500 GRW ETF | A | Dividend | K | T | | | | | |
| 61. ISHARES S & P 500 GRW FD | A | Dividend | J | T | | | | | |
| 62. ISHARES S & P VLU INDX 500 | A | Dividend | K | T | | | | | |
| 63. ISHARES S & P M/C 400 GRW | A | Dividend | K | T | | | | | |
| 64. ISHARES S & P M/C VLU 400 | A | Dividend | K | T | | | | | |
| 65. ISHARES S & P S/C 600 GRW | A | Dividend | J | T | | | | | |
| 66. ISHARES S & P S/C 600 VLU | A | Dividend | K | T | | | | | |
| 67. ISHARES TR MSCI Emerging | A | Dividend | K | T | | | | | |
| 68. ISHARES Trust DJ Select | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JP Morgan Alerian MLP Index | A | Dividend | J | T | | | | | |
| 70. JP Morgan Mid Cap Value-L #758 | A | Dividend | L | T | Buy | 03/07/16 | J | | |
| 71. JP Morgan Mid Cap Value-L #758 | C | Distribution | L | T | | | | | |
| 72. Johnson & Johnson | A | Dividend | J | T | Buy | 02/03/16 | J | | |
| 73. Lake Central Ind Multi-District RFDG BD | A | Interest | J | T | | | | | |
| 74. Lazard Emerging Mkts Ptfl #638 (X) | | None | | | Sold | 03/07/16 | K | A | |
| 75. Merger Fund Class Inst #301 | | None | K | T | Sold (part) | 03/07/16 | K | A | |
| 76. MFS Value Fund Class I #893 | A | Dividend | K | T | Buy | 03/07/16 | K | | |
| 77. MFS Value Fund Class I #893 | A | Distribution | K | T | | | | | |
| 78. Morgan Stanley Private Bank NA | A | Interest | J | T | | | | | |
| 79. MS Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 80. Neuberger Berman Long SH-INS #1830 | | None | L | T | Buy | 03/07/16 | L | | |
| 81. Nevada State BD | A | Interest | K | T | | | | | |
| 82. Nuveen High Yield Muni BD-R #1668 | B | Dividend | K | T | | | | | |
| 83. Nuveen LTD Term Muni BD R 1671 | A | Dividend | K | T | | | | | |
| 84. Oppenheimer Dev. Mkt-I # 799 | A | Dividend | M | T | | | | | |
| 85. Philip Morris Intl Inc. | A | Dividend | J | T | Sold (part) | 07/08/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Pfizer Inc. | A | Dividend | J | T | Buy (add'l) | 03/11/16 | J | | |
| 87. | Pimco Emerging Markets Bond FD | A | Dividend | K | T | | | | | |
| 88. | Pimco Foreign BD FD USD #103 | A | Dividend | K | T | | | | | |
| 89. | Pimco Foreign BD FD US$ Hedged Inst CL | A | Interest | K | T | | | | | |
| 90. | Pimco Total Return ETF | A | Dividend | K | T | | | | | |
| 91. | Pimco Total Return Active Ex | A | Dividend | K | T | Buy | 08/01/16 | K | | |
| 92. | Procter & Gamble | A | Dividend | J | T | | | | | |
| 93. | Putnam Int'l Equity Fund Class A | A | Dividend | J | T | | | | | |
| 94. | Robeco BP LNG/SHRT RES-INS | A | Dividend | L | T | | | | | |
| 95. | Secured Market Deposit Account | A | Interest | M | T | | | | | |
| 96. | Smith Barney Money Market | A | Interest | J | T | | | | | |
| 97. | Smith Barney Muni Funds FLA Portfolio Class A | A | Dividend | J | T | | | | | |
| 98. | Southern Company | A | Dividend | K | T | | | | | |
| 99. | SPDR Blackstone GSO Sen Loan | A | Dividend | | | Sold | 03/29/16 | K | B | |
| 100. | SPDR DJ Wilshire Int'l Real | B | Dividend | K | T | Buy | 03/07/16 | K | | |
| 101. | SPDR EM Mkts Div ETF | A | Dividend | J | T | | | | | |
| 102. | SPDR S&P Inter DVD ETF | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  SPDR SSGA Multi-Asset Real RTN | A | Dividend | K | T | | | | | |
| 104.  The Financial Sel Sect SPDR FD | A | Dividend | J | T | Buy | 11/18/16 | J | | |
| 105.  T Rowe Price Inst Emerging Markets Equity Fund #146 | A | Dividend | K | T | Sold (part) | 03/07/16 | K | A | |
| 106.  T Rowe Price Inst Emerging Markets Equity Fund #146 | A | Distribution | K | T | | | | | |
| 107.  TRowe Price Inst Float Rate #170 | B | Dividend | K | T | | | | | |
| 108.  T Rowe Price Real Estate FD | A | Dividend | J | T | | | | | |
| 109.  T Rowe Price Real Estate FD #122 | C | Dividend | M | T | | | | | |
| 110.  Total S A Spon ADR | A | Dividend | J | T | | | | | |
| 111.  Vanguard Dividend Appreciation | A | Dividend | J | T | | | | | |
| 112.  Vanguard FTSE Emerging Markets Ref: 07705B60 | A | Dividend | K | T | Buy (add'l) | 08/01/16 | K | | |
| 113.  Vanguard FTSE Developed Markets E | A | Dividend | K | T | Buy | 01/22/16 | K | | |
| 114.  Vanguard FTSE Developed Markets E | A | Dividend | J | T | Buy (add'l) | 08/01/16 | K | | |
| 115.  Vanguard REIT ETF Ref: 07705861 | A | Dividend | K | T | | | | | |
| 116.  Vanguard REIT ETF Ref: 20551E02 | A | Dividend | K | T | Sold (part) | 08/01/16 | K | D | |
| 117.  Vanguard Tax Exempt MMKT | A | Interest | L | T | | | | | |
| 118.  Vanguard REIT Viper | C | Dividend | L | T | Buy | 03/07/16 | L | | |
| 119.  Voya Intl Rl Est. Fd CL-I #2664 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Virginia State HSG AUTH COMWLTH MTG SER | A | Interest | J | T | | | | | |
| 121. Wachovia | C | Interest | M | T | | | | | |
| 122. Wash. St. Real Estate, Jax, FL current value ($242,487) | D | Rent | M | W | | | | | |
| 123. Wells Fargo & Co. fka Wachovia Corp 2nd | A | Dividend | J | T | | | | | |
| 124. Wells Fargo Adv-Dis US CR-IS #4102 | C | Dividend | M | T | Buy (add'l) | 03/07/16 | K | | |
| 125. Wells Fargo Adv-Dis US CR-IS #4102 | C | Distribution | M | T | | | | | |
| 126. Wells Fargo SM Cap Core-Inst #4709 | A | Dividend | M | T | Buy | 05/23/16 | M | | |
| 127. Westport Select CAP FD-I #13 | | None | | | Sold | 03/07/16 | K | A | |
| 128. Windstream | A | Dividend | J | T | | | | | |
| 129. Wisdom Tree Emrg Mkt Eqt Ref: 07705B62 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The investment that was reported on Line 1 of my 2015 report, Alliance Bernstein Small Cap Value Fund Class C, was sold on March 18, 2013 and should not have been included on my 2014 and 2015 reports.

The investment that was reported on Line 4 of my 2015 report, Anonka Hennepin, Minn. 4% 2-1-13, matured on February 1, 2013 and should not have been included on my 2014 and 2015 reports.

The investment that was reported on Line 15 of my 2015 report, Bond Fund of America, was sold on March 18, 2013 and should not have been included on my 2014 and 2015 reports.

The investment that was reported on Line 23 of my 2015 report, Dreyfus Prem Int'l FDS Inc. Greater China Class A, was sold on May 14, 2015.

The investment that was reported on Line 26 of my 2015 report was a bank account at Duval Farmers Credit Union, which was closed in 2015 and is accordingly not included on my 2016 report. The closing of the account should have been indicated on my 2015 report.

The investment that was reported on Line 27 of my 2015 report, Euro Pacific Growth Fund A, was sold on March 18, 2013 and should not have been included on my 2014 and 2015 reports.

The investment that was reported on Line 42 of my 2015 report, Fulton Cnty GA DEV ATH X, was redeemed on December 5, 2011 and should not have been included on any subsequent report.

The investment reported on Line 43 of this report, Golden Small Cap Core Fund, was exchanged for Wells Fargo SM Cap Core-Inst #4709, which is reported on Line 126 of the form. Line 43 is simply to illustrate that an exchange occurred.

The investments that were reported on Lines 46 and 47 of my 2015 form are the same investment as was reported on Line 48 of my 2015 form.

The investment that was reported on Line 49 of my 2015 report, Growth Fund of America, was sold on March 18, 2013 and should not have been included on my 2014 and 2015 reports.

The investment that was reported on Line 55 of my 2015 report, Ing. Int'l Real Estate, changed its name to Voya Int'l Real Estate FD CL-I #2664 on May 5, 2014. This change should have been reported on my 2014 report.

The investment that was reported on Line 57 of my 2015 report, IPath Dow Jones-UBS Comm. Index, changed to the name Barclays Bank PLC IPATH Bloomberg Co. in September of 2014 and should not have been included on my 2015 report.

The investment that was repoereted on Line 60 of my 2015 report, IShares Lehman Aggregate, changed its name to IShares Core US Aggregate on November 2, 2008 and should have been referred to by that name in all of my subsequent reports.

The investment that was reported on Line 74 of my 2015 report, ISHARES Trust DJ Select, was sold on August 7, 2015. The sale should have been reflected on my 2015 report.

The investment that was reported on Line 75 of my 2015 report, JP Morgan Alerian MLP Index, was sold on November 19, 2014 and should not have been included on my 2015 report.

The investment that was reported on Line 79 of my 2015 report, Nevada State BD, matured in August 2012 and should not have been on my 2013, 2014, and 2015 reports.

The investment that was reported on Line 82 of my 2015 report, Oppenheimer Dev. Mkt-Y #788, waas switched with Oppenheimer Dev. Mkt-Y #799 on June 18, 2013 and should not have been included on my 2014 and 2015 reports.

The investment that was reported on Line 84 of my 2015 report, Pequea Valley, PA 4.25% 2-1-16, was sold it its entirety on February 1, 2015.

The investment that was reported on Line 87 of my 2015 report, Pimco Commodity Real Return, was sold on November 22, 2013 and should not have been included on my 2014 and 2015 reports.

The investment that was reported on Line 89 of my 2015 form, Pimco Emerging Mkts BD-Inst #137, was sold on February 13, 2015 in its entirety rather than in part.

The investment that was reported on Line 93 of my 2015 report, Pimco Total Return Fund Class B, was sold on March 18, 2013 and should not have been included on my 2014 and 2015 reports.

The investment that was reported on Line 94 of my 2015 report, Powershares FTSE RAFI, was sold on March 23, 2015 in its entirety rather than in part.

The investment that was reported on Line 97 of my 2015 report, Ridgeworth FD-Midcap Val EQ I #5412, was sold on October 1, 2015 in its entirety rather than in part.

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 08/24/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The investment that was reported on Line 98 of my 2015 report changed its name from Robeco BP Lng/Shrt Res-Ins to Boston Partners Lng/Shrt Res-Ins in January of 2015 and should not have been included on my 2015 report.

The investment that was reported on Line 121 of my 2015 report, Wells Fargo Adv Disciplined US Core Fund, is the same as the investment on Lines 122 and 123 of my 2015 report. I have therefore removed it from this year's report.

The investment that was reported on Line 124 of my 2015 report, Wells Fargo Intl Adv. Fund IS #4705, was sold it its entirety on October 1, 2015.

The investments that were reported on Lines 125 and 126 of my 2015 were the same investment. It is listed on Line 127 of this report and was sold in its entirety on March 7, 2016.

The investments reported on Lines 78 and 79, respectively, of my current report, Morgan Stanley Private Bank NA and MS Liquid Asset Fund, are actually one account referred to as Morgan Stanley Private Bank. It is a money market account into which dividends from my other investments which are held with Morgan Stanley are deposited. Most of the time the funds are used to buy other stocks. This account was opened in 2012 and should have been included on my reports from that year forward. The amount in the account at the end of 2012 was $17,132.00, the amount at the end of 2013 was $12,072.00, the amount at the end of 2014 was $18,566.00, the amount at the end of 2015 was $20,363.00, and the amount at the end of 2016 was $16,973.00.

The investment reported on Line 82 of my current report, Nuveen High Yield Muni BD-R #1668, was listed as sold on Line 68 of my 2014 report. In fact, it was only sold in part and should have been included on my 2015 report with amount code B, type of income as dividend, value code K, and value method T. The investment was correctly listed on my 2016 report.

The investment reported on line 100 of my current report, SPDR DJ Wilshire Int't Real, was bought on March 7, 2016. Column D(1) of line 100 should have indicated buy rather than buy additional. The line has been changed.

The investment reported on Line 43 of this report, Golden Small Cap Core Fund, was exchanged for Wells Fargo SM Cap Core-Inst #4709, which is reported on Line 126 of this form. Line 43 is simply to illustrate that an exchange occurred.

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 08/24/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **JERRY A. FUNK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544